| U.S. Department of Justice<br>United States Marshals Service | Log # 2881<br>Capture # 012-2:2021-CV-06890-3 | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:21-cv-06890-VAP-E |
|---|---|
| DEFENDANT<br>The Interests of the Morgan Group, et al. | TYPE OF PROCESS<br>Execute Consent Judgment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jonathan Galatzan, AUSA
Chief, Asset Forfeiture Section
312 N. Spring Street, 14th Floor
Los Angeles, CA  90012

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

U.S. MARSHALS SERVICE  RECEIVED C/CA  2022 JUN 15

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CATS ID No. 21-FBI-008645: Per paragraph 2 of the Consent Judgment, any interest of the Morgan Group in the Subject Property is forfeited to the United States and ownership is returned to the original owners from whom the real property was stolen. Per paragraph 6, the Deed of Trust recorded on September 25, 2019 as instrument number 2019-0379810 in the office of the County Recorder of the County of Riverside is not and shall not be affected by this Judgment. All other Deeds of Trust are void and hereby cancelled.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

JONATHAN GALATZAN  Digitally signed by JONATHAN GALATZAN  Date: 2022.06.15 15:08:00 -07'00'

TELEPHONE NUMBER: (213) 894-2727    DATE: 6/15/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin: No. 12 | District to Serve: No. 12 | Signature of Authorized USMS Deputy or Clerk | Date: 6/15/2022 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 6/28/22    Time: 9:00  [X] am  [ ] pm

Address (complete only different than shown above)

FILED  CLERK, U.S. DISTRICT COURT  JUL 11 2022  CENTRAL DISTRICT...

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS    Revised.

Real Property is not forfeited to the government and ownership is returned to the original owners.

Form USM-285
Rev. 03/21